UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allison Watkins,

Plaintiff,

-against-

American Arbitration Association,

Defendant.

26-CV-7008 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff Allison Watkins filed this case seeking various forms of relief concerning an ongoing AAA arbitration proceeding. She now seeks an emergency temporary restraining order and stay of those proceedings pending the resolution of this case. The motion is DENIED. Watkins doesn't suggest that her case isn't arbitrable; indeed, she has been participating in the arbitration. So to the extent that Watkins has any grievance concerning the arbitration proceeding, the proper course would be to raise those issues in the arbitration and then if that isn't successful, she can seek vacatur of any adverse arbitration award after the proceeding is complete. To be clear, the Court offers no opinion on whether or not any of her objections has merit, as it is difficult to understand from Watkins's filings exactly what her issues are. At this point, we only hold that there is no basis for this Court to step in to manage the ongoing arbitration proceeding in the way Watkins requests.

The Clerk of Court is respectfully directed to terminate Dkts. 5 and 8.

SO ORDERED.

Dated: September 3, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge