UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allison Watkins,

Plaintiff,

-against-

American Arbitration Association, Inc.

Defendant.

26-CV-7008 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

This court's order on September 3, 2026, Dkt. 12, denied plaintiff Allison Watkins' emergency motion for a temporary restraining order and stay pending determination of her original petition, Dkt. 8. It was not a final disposition of Watkins' original petition, Dkt. 1, which remains pending.

Watkins' motion for reconsideration, Dkt. 13, is denied, as are her requests for oral argument and expedited consideration.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 13 and 17.

SO ORDERED.

Dated: September 10, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge